Sasha G. Rao (CSB # 244303)
*sasha.rao@ropesgray.com*
Brandon H. Stroy (*pro hac vice*)
*Brandon.stroy@ropesgray.com*
Daniel T. Keese (CSB # 280683)
*daniel.keese@ropesgray.com*
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, California 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090

Hiroyuki Hagiwara (*pro hac vice*)
*Hiroyuki.hagiwara@ropesgray.com*
Han Xu (*pro hac vice*)
*han.xu@ropesgray.com*
**ROPES & GRAY LLP**
Yusen Building 2F
2-3-2 Marunouchi, Chiyoda-ku
Tokyo 100-0005, Japan
Phone: +81-3-6259-3500
Facsimile: +81-3-6259-3501

Attorneys for Defendant
**GAMEVIEW STUDIOS, LLC**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMETEK LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GAMEVIEW STUDIOS, LLC,<br><br>    Defendant. | Case No. 12-CV-00499 BEN RBB<br><br>**DEFENDANT GAMEVIEW STUDIOS, LLC'S NOTICE OF MOTION AND MOTION FOR TRANSFER OF VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**<br><br>Date: Aug. 20, 2012<br>Time: 10:30 a.m.<br>Courtroom 3<br><br>Judge: Hon. Roger T. Benitez |

**PLEASE TAKE NOTICE** that on Monday Aug. 20, 2012 at 10:30 a.m. in Courtroom 3 of the above-captioned Court, located at 940 Front Street, San Diego, California, Defendant Gameview Studios, LLC will and hereby does move this Court for an Order transferring the

venue of this case to the United States District Court for the Northern District of California, as set forth in the papers in support of this motion, filed concurrently herewith.

This Motion is based on this Notice of Motion and Motion, and the accompanying Memorandum of Points and Authorities, together with the supportive Declarations filed herewith, all records and papers on file in this action, and any evidence and/or oral argument offered at any hearing on this Motion.

Dated: June 27, 2012          By:     /s/ Sasha G. Rao

Sasha G. Rao (CSB # 244303)
*Sasha.Rao@ropesgray.com*
Brandon H. Stroy (*pro hac vice*)
*Brandon.stroy@ropesgray.com*
Daniel T. Keese (CSB # 280683)
*daniel.keese@ropesgray.com*
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Phone: (650) 617-4000
Facsimile: (650) 617-4090

Hiroyuki Hagiwara (*pro hac vice*)
*Hiroyuki.hagiwara@ropesgray.com*
Han Xu (*pro hac vice*)
*han.xu@ropesgray.com*
**ROPES & GRAY LLP**
Yusen Building 2F
2-3-2 Marunouchi, Chiyoda-ku
Tokyo 100-0005, Japan
Phone: +81-3-6259-3500
Facsimile: +81-3-6259-3501

Attorneys for Defendant
**GAMEVIEW STUDIOS, LLC**

2

DEFENDANT GAMVIEW STUDIOS, LLC'S NOTICE OF MOTION AND MOTION FOR TRANSFER OF VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA

Case No. 12CV0499 BEN RBB

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, that I caused the foregoing MOTION FOR TRANSFER OF VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA and the accompanying supportive documents to be served on:

John J. Edmonds
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1851 East First Street, Suite 900
Santa Ana, CA 92705
jedmonds@cepiplaw.com
951.708.1237

*Counsel for Gametek LLC*

on June 27, 2012 via ELECTRONIC MAIL.

Executed on  June 27, 2012                    By: *s/ Daniel T. Keese*
                                                   Daniel T. Keese

1